# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: __Electronic Privacy Info. Center__

vs.  Civil Action No. __12-0206 (ABJ)__

Defendant: __Federal Trade Commission__

## CIVIL NOTICE OF APPEAL

Notice is hereby given this __24__ day of __February__ 20__12__, that

Plaintiff Electronic Privacy Info. Center

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this court entered on the __24__ day of __February__, 20__12__, in favor of Defendant Federal Trade Commission against said Plaintiff Electronic Privacy Info. Center

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
August 2009 (REVISED)

Fee Pd
$455

RECEIVED
FEB 24 2012
Clerk, U S District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. FEDERAL TRADE COMMISSION )<br>)<br>Defendant. )<br>) | Civil No. 1:12-cv-00206-ABJ |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of February, 2012, a true copy of the foregoing Notice of Appeal was served via electronic mail and U.S. Mail on:

Drake S. Cutini
DEPARTMENT OF JUSTICE
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 307-0044
Fax: (202) 514-8742
Email: drake.cutini@usdoj.gov

_____
John Verdi, Esquire (DC Bar # 495764)
Marc Rotenberg, Esquire (DC Bar # 422825)
ELECTRONIC PRIVACY INFORMATION CENTER
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)